# Third District Court of Appeal

## State of Florida

Opinion filed August 1, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D17-1801
Lower Tribunal No. 14-32662
_____

## Carlos Malvicino, et al.,
Appellants,

vs.

## Valeria Schvartzman, et al.,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Lawrence J. Shapiro & Associates, P.A., and Lawrence J. Shapiro, for appellants.

Kluger, Kaplan, Silverman, Katzen & Levine, P.L., and Abbey L. Kaplan and Jamie L. Zuckerman, for appellees.

Before SUAREZ, FERNANDEZ, and LOGUE, JJ.

PER CURIAM.

Because the trial court did not abuse its discretion given the record, we affirm. <u>See</u> Fla. R. Civ. P. 1.070(J); <u>Premier Capital LLC v. Davalle</u>, 994 So. 2d 360 (Fla. 3d DCA 2008).

Affirmed.